ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

FILED OCT - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| RONALD LAWRENCE MCINNIS | Case No. 10-56986 ASW |
| Debtor | **NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499175 for an unclaimed dividend in the amount of $71.05. The name and address of the claimant entitled to the unclaimed dividend is as follows;

RONALD LAWRENCE MCINNIS
101 ESPLANADE
APTOS, CA 95003

Dated: October 04, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE